AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Prost, Sharon | 2. Court or Organization<br><br>Federal Court | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge Cir Appeals Fed. | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>717 Madison Place, NW<br><br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
RECEIVED May 16 2 20 PM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Prop Law Assoc - March 26-27- New York City, NY Annual Dinner | Transportation, Food and Lodging |
| 2. | Federal Circuit Bar Assoc. - June 25-28 -Colorado Springs CO Circuit Bench & Bar Conf | Transportation, Registration, Food and Lodging |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. HSBC Mortgage Corp. Buffalo, NY | 50% Ownership Residence Silver Spring, MD | K |
| 2. Wells Fargo, Des Moines, IA | Mtg on Rental Prop., Silver Spring, MD | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets or transactions) | | | | | | | | | |
| 1. ▪▪▪Munici at Bonds, Chicago, IL Clas RF G | C | Interest | L | T | | | | | |
| 2. ▪▪▪ Municipal Bond, Oklahoma City, OK MIA WTR | C | Interest | L | T | | | | | |
| 3. ▪▪▪ ML Fundatmental Growth Mutual Fund | A | None | J | T | | | | | |
| 4. ▪▪▪American Washington Mut Investors Fund Inc. | B | Dividend | L | T | | | | | |
| 5. ▪▪▪May Dept. Stores | B | Dividend | J | T | | | | | |
| 6. ▪▪▪Payless Shoes Inc. | A | None | J | T | | | | | |
| 7. ▪▪▪Ventrue Stores Inc. | A | None | J | T | | | | | |
| 8. CMA Tax-Exempt Fund | A | Interest | J | T | | | | | |
| 9. Reserve Prime Money Market | A | Dividend | J | T | | | | | |
| 10. ▪▪▪CISCO Systems Inc. | A | None | J | T | Buy ▪▪▪ | 04-28 | J | | |
| 11. ▪▪▪Dell Inc. | A | None | J | T | Buy ▪▪▪ | 04-28 | J | | |
| 12. ▪▪▪General Electric Company | A | Dividend | J | T | | | | | |
| 13. ▪▪▪IDT Corp | A | None | J | T | | | | | |
| 14. ▪▪▪Intel Corp | A | Dividend | J | T | Buy ▪▪▪ | 04-28 | J | | |
| 15. ▪▪▪NCO Group Inc. | A | None | J | T | Sell ▪▪▪ | 03-30 | J | | |
| 16. ▪▪▪Pioneer Value Fund Cl A | A | None | K | T | | | | | |
| 17. ▪▪▪SmallCap World Fund Inc. Cl A | A | None | J | T | | | | | |
| 18. ▪▪▪Verizon Communications Inc. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000
(See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000
(See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 | P4 = More than $50,000,000

3. Value Method Codes Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market
(See Column C2) U = Book Value | V = Other | W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | C. Gross Value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identify of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. ████████WGL Holdings Inc. | A | None | J | T | | | | | |
| 20. ████████Capital World Growth Income Fund Cl B | A | None | K | T | Buy ████ | 04-27 | K | | |
| 21. ████████ Growth Fund America Inc. Cl B | A | None | K | T | Buy - ████ | 04-27 | K | | |
| 22. ████ Sun Microsystems | | | | | Sell | 04-27 | J | | |
| 23. ████ Valence Tech Inc. | | | | | Sell | 04-27 | I | | |
| 24. ████Worldcomm Inc. | | | | | Sell | 04-27 | J | | |
| 25. Rental Property, Silver Spring | D | Rent | L | W | | | | | |
| 26. United States Senate FCU - Account | B | Interest | L | T | | | | | |
| 27. United States Senate FCU - ROTH IRA | A | Interest | J | T | | | | | |
| 28. Pioneer Mid-Cap Growth Fund A - IRA | A | Dividend | K | T | | | | | |
| 29. M&T Bank - IRA | A | Interest | J | T | | | | | |
| 30. Riggs National Bank - IRA | A | Interest | J | T | | | | | |
| 31. The Reserve Fund - IRA | A | Dividend | J | T | | | | | |
| 32. Merrill Lynch Life Insurance Cash Surrender Value | A | Dividend | L | T | | | | | |
| 33. Riggs National Bank - CDs | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Prost, Sharon | 5/10/2005 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date  5-13-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544